**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:02-CR-449-T-17

PHILLIP WAINWRIGHT
_____/

**ORDER**

This cause comes before the Court on the *sua sponte* motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 388). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 394 and 399 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation agree is not eligible for a reduction in sentence based on the amended guidelines and the defendant agrees that there has not been an actual change in the defendant's base offense level but asks the Court to reduce the level anyway. Accordingly, it is.

**ORDERED** that the motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 388) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of September, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

Case 8:02-cr-00449-EAK-TBM   Document 401   Filed 09/12/08   Page 2 of 2 PageID 1187